B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**MCZ/Centrum Development, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-4604475** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1555 N. Sheffield**<br>**Chicago, IL**<br>ZIP Code **60642** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **3801-3901 S. Ocean Boulevard**<br>**Hollywood, FL 33019** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| B1 (Official Form 1)(1/08) | Page 2 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>MCZ/Centrum Development, LLC |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**MCZ/Centrum Florida XVIII, LLC** | Case Number:<br>**10-13688** | Date Filed:<br>**2/16/10** |
| District:<br>**Southern District of Florida** | Relationship: | Judge: |

| Exhibit A | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                         Page 3

| **Voluntary Petition** | Name of Debtor(s):<br>**MCZ/Centrum Development, LLC** |
|---|---|
| *(This page must be completed and filed in every case)* | |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X   **/s/ Bradley S. Shraiberg**<br>Signature of Attorney for Debtor(s)<br><br>  **Bradley S. Shraiberg 121622**<br>Printed Name of Attorney for Debtor(s)<br><br>  **Shraiberg, Ferrara, & Landau P.A.**<br>Firm Name<br><br>  **2385 NW Executive Center Dr**<br>  **Suite 300**<br>  **Boca Raton, FL 33431**<br>Address<br><br>          **Email: bshraiberg@sfl-pa.com**<br>  **561 443 0800  Fax: 561 998 0047**<br>Telephone Number<br><br>  **February 16, 2010**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X   **/s/ Arthur Slaven**<br>Signature of Authorized Individual<br><br>  **Arthur Slaven**<br>Printed Name of Authorized Individual<br><br>  **Managing Member**<br>Title of Authorized Individual<br><br>  **February 16, 2010**<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

## CERTIFICATE OF CORPORATE RESOLUTIONS

We, the Board of Directors (the "Board") of MCZ/Centrum Development, LLC (the "**Company**"), a limited liability company organized under the laws of the State of Florida, do hereby certify that a special meeting of the Board of Directors of the Company duly called and held at its offices on the 16th **day of February, 2010**, at which a quorum was present and acting throughout, the following resolutions, none of which have been rescinded or amended or duly moved, were seconded and adopted, and all of which are in full force and effect.

1) **RESOLVED:** That, in the judgment of the Board, it is desirable and for the best interests of the Company, its creditors, members and other interested parties, that the Company file for voluntary relief under Chapter 11 of the Bankruptcy Code (the "**Bankruptcy**") and it is further

2) **RESOLVED:** That, the Managing Member of the Company, Arthur Slaven ("**Slaven**"), is hereby designated as the responsible party to act on behalf of the Company, and **Slaven** shall be authorized to execute and file all petitions, schedules, lists and other papers and to take any and all action which it deems necessary or proper in connection with the Bankruptcy; and it is further

3) **RESOLVED:** That, the Company is authorized to employ the law offices of **SHRAIBERG, FERRARA & LANDAU, P.A.** ("**SFL**") as its attorneys in connection with the Bankruptcy under such terms and conditions as it, in its sole discretion, deems appropriate until further direction of the Board; *provided, however,* that the Company is authorized to pay SFL a fee retainer for payment of attorneys' fees and reimbursement of expenses in connection with services to be rendered in the Bankruptcy, and it is further

4) **RESOLVED:** That, the Company, subject to authorization of the Court, is authorized to employ such other professional persons in the Bankruptcy, under such terms and conditions as **Slaven** in its sole discretion, deems appropriate until further direction of the Board with payment being subject to award by the Court.

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal this 16th day of February, 2010.

MCZ/Centrum Development, LLC

By:_____
Arthur Slaven, Managing Member

{1301/000/00027111 }

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **MCZ/Centrum Development, LLC**  ,   Case No. _____

Debtor

Chapter **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 0.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 0.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 14 | | | |
| Total Assets | | | 0.00 | | |
| Total Liabilities | | | | 0.00 | |

**Form 6 - Statistical Summary (12/07)**

# United States Bankruptcy Court
## Southern District of Florida

In re    **MCZ/Centrum Development, LLC**,      Case No. _____

                                                    Debtor

                                                                                                     Chapter         **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6D (Official Form 6D) (12/07)

In re **MCZ/Centrum Development, LLC**, Case No. _____
              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| **0** continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re  **MCZ/Centrum Development, LLC**  ,  Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Andrew D. Washer**<br>**c/o Eric T. Salpeter, Esq.**<br>**200 S. Andrews Avenue**<br>**Museum Plaza - Suite 503**<br>**Fort Lauderdale, FL 33301** |  | - |  |  |  | X | **Unknown** |
| Account No.<br><br>**Antonio Di Costanzo**<br>**c/o Eric T. Salpeter, Esq.**<br>**200 S. Andrews Avenue**<br>**Museum Plaza - Suite 503**<br>**Fort Lauderdale, FL 33301** |  | - |  |  |  | X | **Unknown** |
| Account No.<br><br>**Armando Amin**<br>**c/o Eric T. Sapeter, Esq.**<br>**200 S. Andrews Avenue**<br>**Musuem Plaza - Suite 503**<br>**Fort Lauderdale, FL 33301** |  | - |  |  |  | X | **Unknown** |
| Account No.<br><br>**Armando Santelices**<br>**c/o Eric T. Salpeter, Esq.**<br>**200 S. Andrews Avenue**<br>**Museum Plaza - Suite 503**<br>**Fort Lauderdale, FL 33301** |  | - |  |  |  | X | **Unknown** |

  **5**   continuation sheets attached

Subtotal
(Total of this page)        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **MCZ/Centrum Development, LLC**  ,  Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Deborah Werner**<br>**c/o Eric T. Salpeter, Esq.**<br>**200 S. Andrews Avenue**<br>**Museum Plaza - Suite 503**<br>**Fort Lauderdale, FL 33301** | - | | | | | X | Unknown |
| Account No.<br><br>**Denise A. Vazquez**<br>**c/o Eric T. Salpeter, Esq.**<br>**200 S. Andrews Avenue**<br>**Museum Plaza - Suite 503**<br>**Fort Lauderdale, FL 33301** | - | | | | | X | Unknown |
| Account No.<br><br>**Douglas Donoho**<br>**c/o Eric T. Salpeter, Esdq.**<br>**200 S. Andrews Avenue**<br>**Museum Plaza - Suite 503**<br>**Fort Lauderdale, FL 33301** | - | | | | | X | Unknown |
| Account No.<br><br>**Enza Russo**<br>**c/o Eric T. Salpeter, Esq.**<br>**200 S. Andrews Avenue**<br>**Museum Plaza - Suite 503**<br>**Fort Lauderdale, FL 33301** | - | | | | | X | Unknown |
| Account No.<br><br>**Hilton Weiner**<br>**c/o Eric T. Salpeter, Esq.**<br>**200 S. Andrews Avenue**<br>**Museum Plaza - Suite 503**<br>**Fort Lauderdale, FL 33301** | - | | | | | X | Unknown |

Sheet no. __1__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **MCZ/Centrum Development, LLC**,      Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Hoang D. Duong** <br> **c/o Eric T. Salpeter, Esq.** <br> **200 S. Andrews Avenue** <br> **Museum Plaza - Suite 503** <br> **Fort Lauderdale, FL 33301** | | - | | | | X | **Unknown** |
| Account No. <br> **Ignacio Corleto** <br> **c/o Michael S. Tobin, Esq.** <br> **1900 Biscayne Boulevard** <br> **Biscayne Centre-Suite 740** <br> **Miami, FL 33181** | | - | | | | X | **Unknown** |
| Account No. <br> **Ila Weiner** <br> **c/o Eric T. Salpeter, Esq.** <br> **200 S. Andrews Avenue** <br> **Museum Plaza - Suite 503** <br> **Fort Lauderdale, FL 33301** | | - | | | | X | **Unknown** |
| Account No. <br> **Jim Werner** <br> **c/o Eric T. Salpeter, Esq.** <br> **200 S. Andrews Avenue** <br> **Museum Plaza - Suite 503** <br> **Fort Lauderdale, FL 33301** | | - | | | | X | **Unknown** |
| Account No. <br> **kenneth Devries** <br> **c/o Eric T. Salpeter, Esq.** <br> **200 S. Andrews Avenue** <br> **Museum Plaza - Suite 503** <br> **Fort Lauderdale, FL 33301** | | - | | | | X | **Unknown** |

Sheet no. __2__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                 Subtotal
         (Total of this page)      **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **MCZ/Centrum Development, LLC**,  Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Larry Knox**<br>**c/o Eric T. Salpeter**<br>**200 S. Andrews Avenue**<br>**Museum Plaza - Suite 503**<br>**Fort Lauderdale, FL 33301** | | - | | | | X | **Unknown** |
| Account No.<br><br>**Lidia Santelices**<br>**c/o Eric T. Salpeter, Esq.**<br>**200 S. Andrews Avenue**<br>**Museum Plaza - Suite 503**<br>**Fort Lauderdale, FL 33301** | | - | | | | X | **Unknown** |
| Account No.<br><br>**Lisa Del Monte**<br>**c/o Eric T. Salpeter, Esq.**<br>**200 S. Andrews Avenue**<br>**Museum Plaza - Suite 503**<br>**Fort Lauderdale, FL 33301** | | - | | | | X | **Unknown** |
| Account No.<br><br>**Marcia Ulrich**<br>**c/o Eric T. Salpeter**<br>**200 S. Andrews Avenue**<br>**Museum Plaza - Suite 503**<br>**Fort Lauderdale, FL 33301** | | - | | | | X | **Unknown** |
| Account No.<br><br>**Melissa Donoho**<br>**c/o Eric T. Salpeter, Esq.**<br>**200 S. Andrews Avenue**<br>**Museum Plaza - Suite 503**<br>**Fort Lauderdale, FL 33301** | | - | | | | X | **Unknown** |

Sheet no. __3__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **MCZ/Centrum Development, LLC**,  Case No. _____
　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Nancy Ayers**<br>**c/o Eric T. Salpeter, Esq.**<br>**200 S. Andrews Avenue**<br>**Museum Plaza - Suite 503**<br>**Fort Lauderdale, FL 33301** | | - | | | | X | **Unknown** |
| Account No.<br>**Nancy E. Washer**<br>**c/o Eric T. Salpeter, Esq.**<br>**200 S. Andrews Avenue**<br>**Museum Plaza - Suite 503**<br>**Fort Lauderdale, FL 33301** | | - | | | | X | **Unknown** |
| Account No.<br>**Omar Torres Martinez**<br>**c/o Eric T. Salpeter, Esq.**<br>**200 S. Andrews Avenue**<br>**Museum Plaza - Suite 503**<br>**Fort Lauderdale, FL 33301** | | - | | | | X | **Unknown** |
| Account No.<br>**Raymond Vanderlem**<br>**c/o Andrew C. Demos, Esq.**<br>**3350 SW 148th Avenue**<br>**Suite 110**<br>**Miramar, FL 33027-3237** | | - | | | | X | **Unknown** |
| Account No.<br>**Rose Wyda Toteda**<br>**c/o Eric T. Salpeter, Esq.**<br>**200 S. Andrews Avenue**<br>**Museum Plaza - Suite 503**<br>**Fort Lauderdale, FL 33301** | | - | | | | X | **Unknown** |

Sheet no. __4__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　　**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **MCZ/Centrum Development, LLC**                ,    Case No. _____
                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Steve Levine** <br> **c/o Eric T. Salpeter, Esq.** <br> **200 S. Andrews Avenue** <br> **Museum Plaza - Suite 503** <br> **Fort Lauderdale, FL 33301** | - | | | | | X | **Unknown** |
| Account No. <br><br> **The Tides on Hollywood Beach Condo Assn** <br> **c/o Darrin Gursky, Esq.** <br> **27th Floor Museum Tower** <br> **150 W. Flagler Street** <br> **Miami, FL 33130** | - | | | | | X | **Unknown** |
| Account No. <br><br> **Vivian Beck** <br> **c/o Eric T. Salpeter, Esq.** <br> **200 S. Andrews Avenue** <br> **Musuem Plaza - Suite 503** <br> **Fort Lauderdale, FL 33301** | - | | | | | X | **Unknown** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **5** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **0.00**

Total (Report on Summary of Schedules)  **0.00**

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **MCZ/Centrum Development, LLC**  
Debtor(s)

Case No.  
Chapter  **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __16__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **February 16, 2010**  

Signature  **/s/ Arthur Slaven**  
**Arthur Slaven**  
**Managing Member**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Southern District of Florida**

In re  **MCZ/Centrum Development, LLC**                                   Case No.
                                Debtor(s)                                  Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **February 16, 2010**                      **/s/ Arthur Slaven**
                                                  **Arthur Slaven**/**Managing Member**
                                                  Signer/Title

```
Andrew D. Washer
c/o Eric T. Salpeter, Esq.
200 S. Andrews Avenue
Museum Plaza - Suite 503
Fort Lauderdale, FL 33301


Antonio Di Costanzo
c/o Eric T. Salpeter, Esq.
200 S. Andrews Avenue
Museum Plaza - Suite 503
Fort Lauderdale, FL 33301


Armando Amin
c/o Eric T. Sapeter, Esq.
200 S. Andrews Avenue
Musuem Plaza - Suite 503
Fort Lauderdale, FL 33301


Armando Santelices
c/o Eric T. Salpeter, Esq.
200 S. Andrews Avenue
Museum Plaza - Suite 503
Fort Lauderdale, FL 33301


Deborah Werner
c/o Eric T. Salpeter, Esq.
200 S. Andrews Avenue
Museum Plaza - Suite 503
Fort Lauderdale, FL 33301


Denise A. Vazquez
c/o Eric T. Salpeter, Esq.
200 S. Andrews Avenue
Museum Plaza - Suite 503
Fort Lauderdale, FL 33301


Douglas Donoho
c/o Eric T. Salpeter, Esdq.
200 S. Andrews Avenue
Museum Plaza - Suite 503
Fort Lauderdale, FL 33301


Enza Russo
c/o Eric T. Salpeter, Esq.
200 S. Andrews Avenue
Museum Plaza - Suite 503
Fort Lauderdale, FL 33301
```

Hilton Weiner
c/o Eric T. Salpeter, Esq.
200 S. Andrews Avenue
Museum Plaza - Suite 503
Fort Lauderdale, FL 33301


Hoang D. Duong
c/o Eric T. Salpeter, Esq.
200 S. Andrews Avenue
Museum Plaza - Suite 503
Fort Lauderdale, FL 33301


Ignacio Corleto
c/o Michael S. Tobin, Esq.
1900 Biscayne Boulevard
Biscayne Centre-Suite 740
Miami, FL 33181


Ila Weiner
c/o Eric T. Salpeter, Esq.
200 S. Andrews Avenue
Museum Plaza - Suite 503
Fort Lauderdale, FL 33301


Jim Werner
c/o Eric T. Salpeter, Esq.
200 S. Andrews Avenue
Museum Plaza - Suite 503
Fort Lauderdale, FL 33301


kenneth Devries
c/o Eric T. Salpeter, Esq.
200 S. Andrews Avenue
Museum Plaza - Suite 503
Fort Lauderdale, FL 33301


Larry Knox
c/o Eric T. Salpeter
200 S. Andrews Avenue
Museum Plaza - Suite 503
Fort Lauderdale, FL 33301


Lidia Santelices
c/o Eric T. Salpeter, Esq.
200 S. Andrews Avenue
Museum Plaza - Suite 503
Fort Lauderdale, FL 33301

```
Lisa Del Monte
c/o Eric T. Salpeter, Esq.
200 S. Andrews Avenue
Museum Plaza - Suite 503
Fort Lauderdale, FL 33301


Marcia Ulrich
c/o Eric T. Salpeter
200 S. Andrews Avenue
Museum Plaza - Suite 503
Fort Lauderdale, FL 33301


Melissa Donoho
c/o Eric T. Salpeter, Esq.
200 S. Andrews Avenue
Museum Plaza - Suite 503
Fort Lauderdale, FL 33301


Nancy Ayers
c/o Eric T. Salpeter, Esq.
200 S. Andrews Avenue
Museum Plaza - Suite 503
Fort Lauderdale, FL 33301


Nancy E. Washer
c/o Eric T. Salpeter, Esq.
200 S. Andrews Avenue
Museum Plaza - Suite 503
Fort Lauderdale, FL 33301


Omar Torres Martinez
c/o Eric T. Salpeter, Esq.
200 S. Andrews Avenue
Museum Plaza - Suite 503
Fort Lauderdale, FL 33301


Raymond Vanderlem
c/o Andrew C. Demos, Esq.
3350 SW 148th Avenue
Suite 110
Miramar, FL 33027-3237


Rose Wyda Toteda
c/o Eric T. Salpeter, Esq.
200 S. Andrews Avenue
Museum Plaza - Suite 503
Fort Lauderdale, FL 33301
```

```
Steve Levine
c/o Eric T. Salpeter, Esq.
200 S. Andrews Avenue
Museum Plaza - Suite 503
Fort Lauderdale, FL 33301


The Tides on Hollywood Beach Condo Assn
c/o Darrin Gursky, Esq.
27th Floor Museum Tower
150 W. Flagler Street
Miami, FL 33130


Vivian Beck
c/o Eric T. Salpeter, Esq.
200 S. Andrews Avenue
Musuem Plaza - Suite 503
Fort Lauderdale, FL 33301
```